Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael Conan PITTS |
| **Docket Number:** | 2:04CR00023-01 |
| **Offender Address:** | Yuba City, California |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/05/2004 |
| **Original Offense:** | 18 USC 2252(a)(4)(B) - Possession of Images Depicting Minors Engaged in Sexually Explicit Conduct (2 counts) (CLASS D and C FELONIES); 18 USC 2253 - Forfeiture |
| **Original Sentence:** | 57 months custody Bureau of Prisons; 60 months Supervised Release; $200 special assessment; No firearms |
| **Special Conditions:** | 1) Search; 2) Not dissipate assets; 3) Financial disclosure; 4) No new credit/debt; 5) No "on-line computer service"; 6) No contact with minors; 7) Computer exam consent; 8) No child pornography; 9) Phone records disclosure; 10) Third-party employer disclosure; 11) Sex offender treatment; 12) Sex offender registration |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/05/2012 |
| **Assistant U.S. Attorney:** | Laurel D. White          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be determined          **Telephone:** (916) 498-5700 |

RE:    **Michael Conan PITTS**
       **Docket Number: 2:04CR00023-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**          None

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.  The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court.

3.  The defendant shall provide the probation officer with access to any requested financial information.

4.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

RE:   Michael Conan PITTS
      Docket Number: 2:04CR00023-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

> 5. The defendant shall not possess or use a computer or any device that has access to any "on-line computer service" unless approved by the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.
>
> 6. The defendant shall have no contact with children under the age of 18 unless approved by the probation officer in advance. The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18. This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly with children under the age of 18.
>
> 7. The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection; and analysis.

RE: **Michael Conan PITTS**
  **Docket Number: 2:04CR00023-01**
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

>The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete his/her computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

8. The defendant shall not possess, own, use, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 USC 2256(2) means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

9. The defendant shall provide all requested business/personal phone records to the probation officer. The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers. The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider.

RE: **Michael Conan PITTS**
    **Docket Number: 2:04CR00023-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

10. The defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed upon him/her. This includes any activities in which you are acting as a technician, advisor, or consultant with or without any monetary gain or other compensation.

11. The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, computer voice stress analysis (CVSA), and/or ABEL assessment] as approved and directed by the probation officer and as recommended by the assigned treatment provider.

12. The defendant shall register, as required in the jurisdiction in which he resides, as a sex offender.

13. The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

14. The defendant shall be monitored, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer.

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:   Michael Conan PITTS
      Docket Number: 2:04CR00023-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:** While incarcerated in the Bureau of Prisons, the offender participated in the Sex Offender Treatment Program - Residential (SOTP-R) at the Federal Medical Center (FMC) Devens, in Ayer, Massachusetts. This is a voluntary, residential program for male sexual offenders. It is a cognitive-behavioral treatment program implemented in a therapeutic community. He completed the program in April of 2011.

On June 8, 2011, this officer received a copy of the SOTP-R Psychosexual Report, the SOTP-R Discharge Report, and a copy of his Relapse Prevention Plan (RPP). These documents provide a detailed summary of his course of treatment in the SOTP-R, an assessment of risk for sexual re-offense, and a recommendation for community supervision. These reports are written by Brent Thibault, M.A., LMHC, with the exception of the RPP, which was written by the offender.

The Diagnostic Impression at the time of discharge is as follows:

| Axis I | 302.2 | Pedophilia, Sexually Attracted to Females, Nonexclusive Type |
| --- | --- | --- |
| | 302.9 | Paraphilia Not Otherwise Specified (Hebephilia) |
| | 302.84 | Sexual Sadism (Provisional) |
| Axis II | 301.9 | Personality Disorder, Not Otherwise Specified (NOS; with both dependent and obsessive personality features) |

The Static-99R, a brief actuarial instrument designed to estimate the probability of recidivism among male sex offenders, was used to estimate the offender's risk of re-offense. The convictions for Possession of Images Depicting Minors Engaged in Sexually Explicit conduct does not constitute a sexual offense with an identifiable, targeted victim; however, the conviction for Attempting to Kidnap a Child Under the Age of 14, specifically a 9-year-old female stranger with the intent of raping her, is scoreable on the Static-99R. He scored a 5, which suggests he is in the Moderate-High range of risk for sexual recidivism.

RE:   Michael Conan PITTS
      Docket Number:  2:04CR00023-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

As a result of the information gathered while the offender was in treatment, conditions of release were recommended to decrease the chances of a re-offense. The offender agreed with these recommended conditions of release. Given the fact the aforementioned information was not available at the time of sentencing, additional conditions of supervision were not requested. Further, other conditions of release have been clarified since the time the offender was sentenced on October 5, 2004. After reviewing the indicated reports, it is believed the newly modified conditions, in addition to the proposed special conditions of supervision, are necessary to monitor this offender in the community for protection of the public, adequate deterrence, and correctional treatment. The offender has executed the Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to these modifications.

Respectfully submitted,

/s/ Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**
Telephone: (916) 930-4389

DATED:    September 21, 2012
          Sacramento, California
          TMO:cd

REVIEWED BY:   /s/ Michael A. Sipe
               **MICHAEL A. SIPE**
               **Supervising United States Probation Officer**

**RE:** Michael Conan PITTS
　　　Docket Number: 2:04CR00023-01
　　　PETITION TO MODIFY THE CONDITIONS OR TERM
　　　OF SUPERVISION WITH CONSENT OF THE OFFENDER

**THE COURT ORDERS:**

( ✔ )　Modification approved as recommended.

(　)　Modification not approved at this time. Probation Officer to contact Court.

(　)　Other:

September 24, 2012
　　　**Date**　　　　　　　　　　　　　　　　**Signature of Judicial Officer**

cc:　United States Probation
　　　Laurel D. White, Assistant United States Attorney
　　　Assistant Federal Defender
　　　Defendant
　　　Court File